# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICHAI VONGSVIRATES,<br><br>    Plaintiff,<br><br>    v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES,<br><br>    Defendant. | Case No. 1:21-cv-00012-NONE-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF Nos. 1, 2) |

Plaintiff Vichai Vongsvirates filed a complaint that was docketed on January 4, 2021, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **January 6, 2021**

                                        UNITED STATES MAGISTRATE JUDGE